**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**JOSEPH TRANCHINA,**

**Plaintiff,**

    **vs.**

**C.O. JUSTIN MCGRATH,** *Bare Hill Correctional*
*Facility, formerly known as Jeremy McGrath,*

**Defendant.**

            **9:17-CV-1256**
            **(MAD/ML)**

---

## JURY VERDICT FORM

1.    What amount, if any, do you award as punitive damages against Defendant Justin McGrath?

$ 50,000

**YOUR DELIBERATIONS ARE COMPLETE.**

**PLEASE INFORM THE MARSHAL THAT YOU HAVE REACHED A VERDICT. PLEASE REMEMBER TO HAVE THE FOREPERSON DATE AND SIGN YOUR VERDICT SHEET.  THANK YOU.**

Dated: September 30, 2020

          Foreperson's Name Redacted
          **Foreperson's Signature**

-1-
